OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**12/15/2014 PRIVATE USE**



02 1M
0004279596
MAILED FROM ZIPCODE 78701

**$ 00.26⁵**

DEC 18 2014

GOELLER, GERALD C.    Tr. Ct. No. W04-35393-H (A)    **WR-82,575-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

GERALD C. GOELLER

U T F